# Kevin A. Yurcisin

## Proof of Income
## Filed Pursuant To Rule 1007-4

## Case No.: 19-22076

**Earnings Statement**

**ADP**

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| | |
|---|---|
| Period Beginning: | 10/20/2018 |
| Period Ending: | 10/26/2018 |
| Pay Date: | 11/01/2018 |

Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:      1
   PA:        N/A

KEVIN YURCISIN
PO BOX 229
180 MAIN STREET
ADAMSBURG, PA 15611

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.5000 | 40.00 | 980.00 | 39,709.20 |
| Gym Reimbur | | | | 200.00 |
| Holiday | | | | 1,254.20 |
| Vacation | | | | 1,650.60 |
| **Gross Pay** | | | **$980.00** | **42,814.00** |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 412-373-8110

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -96.26 | 4,277.37 |
| | Social Security Tax | -58.50 | 2,562.98 |
| | Medicare Tax | -13.68 | 599.41 |
| | PA State Income Tax | -28.96 | 1,269.05 |
| | Monroeville Income Tax | -9.43 | 413.21 |
| | PA SUI/SDI Tax | -0.59 | 25.69 |
| | **Other** | | |
| | Fsa Healthspend | -10.41* | 427.13 |
| | Local Serv Tax | -1.00 | 44.00 |
| | Medpre | -26.13* | 1,048.53 |
| | **Net Pay** | **$735.04** | |
| | Checking 1 | -685.04 | |
| | Savings 1 | -50.00 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages
  Your federal taxable wages this period are $943.46

©1998, 2006 ADP, LLC.  All Rights Reserved.

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHT AT BOTTOM

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| | |
|---|---|
| Advice number: | 00000440021 |
| Pay date: | 11/01/2018 |

Deposited to the account of
KEVIN YURCISIN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9513 | xxxx  xxxx | $685.04 |
| xxxxx5486 | xxxx  xxxx | $50.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings Statement**

**ADP**

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

Period Beginning:    10/27/2018
Period Ending:       11/02/2018
Pay Date:            11/08/2018

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:      1
  PA:           N/A

**KEVIN YURCISIN**
**PO BOX 229**
**180 MAIN STREET**
**ADAMSBURG, PA 15611**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 24.5000 | 40.00 | 980.00 | 40,689.20 |
| Gym Reimbur | | | | 200.00 |
| Holiday | | | | 1,254.20 |
| Vacation | | | | 1,650.60 |
| **Gross Pay** | | | **$980.00** | 43,794.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 412-373-8110

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -96.26 | 4,373.63 |
| | Social Security Tax | -58.49 | 2,621.47 |
| | Medicare Tax | -13.68 | 613.09 |
| | PA State Income Tax | -28.96 | 1,298.01 |
| | Monroeville Income Tax | -9.43 | 422.64 |
| | PA SUI/SDI Tax | -0.59 | 26.28 |
| | **Other** | | |
| | Fsa Healthspend | -10.41* | 437.54 |
| | Local Serv Tax | -1.00 | 45.00 |
| | Medpre | -26.13* | 1,074.66 |
| | **Net Pay** | **$735.05** | |
| | Checking 1 | -685.05 | |
| | Savings 1 | -50.00 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages
  Your federal taxable wages this period are $943.46

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHT AT BOTTOM

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

Advice number:      00000450021
Pay date:           11/08/2018

Deposited to the account of
KEVIN YURCISIN

| | account number | transit ABA | amount |
|---|----------------|-------------|--------|
| | xxxxxx9513 | xxxx xxxx | $685.05 |
| | xxxxxx5486 | xxxx xxxx | $50.00 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

CO. FILE DEPT. CLOCK VCHR. NO. 056
00370 00000 2172C 180004500021

**Earnings Statement**

ADP.

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| | |
|---|---|
| Period Beginning: | 11/03/2018 |
| Period Ending: | 11/09/2018 |
| Pay Date: | 11/15/2018 |

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
PA: N/A

KEVIN YURCISIN
PO BOX 229
180 MAIN STREET
ADAMSBURG, PA 15611

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.5000 | 40.00 | 980.00 | 41,669.20 |
| Gym Reimbur | | | | 200.00 |
| Holiday | | | | 1,254.20 |
| Vacation | | | | 1,650.60 |
| **Gross Pay** | | | **$980.00** | 44,774.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 412-373-8110

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -96.26 | 4,469.89 |
| | Social Security Tax | -58.50 | 2,679.97 |
| | Medicare Tax | -13.68 | 626.77 |
| | PA State Income Tax | -28.96 | 1,326.97 |
| | Monroeville Income Tax | -9.43 | 432.07 |
| | PA SUI/SDI Tax | -0.58 | 26.86 |
| | **Other** | | |
| | Fsa Healthspend | -10.41* | 447.95 |
| | Local Serv Tax | -1.00 | 46.00 |
| | Medpre | -26.13* | 1,100.79 |
| | **Net Pay** | **$735.05** | |
| | Checking 1 | -685.05 | |
| | Savings 1 | -50.00 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $943.46

©1998, 2006, ADP, LLC   All Rights Reserved.

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHT AT BOTTOM.

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| | |
|---|---|
| Advice number: | 00000460021 |
| Pay date: | 11/15/2018 |

THIS IS NOT A CHECK

Deposited to the account of
KEVIN YURCISIN

| account number | transit ABA | amount |
|---|---|---|
| xxxxx9513 | xxxx xxxx | $685.05 |
| xxxxx5486 | xxxx xxxx | $50.00 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement

**ADP**

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE. PA. 15146

| | |
|---|---|
| Period Beginning. | 11/10/2018 |
| Period Ending. | 11/16/2018 |
| Pay Date. | 11/21/2018 |

Taxable Marital Status. Single
Exemptions/Allowances.
  Federal.     1
  PA.        N/A

**KEVIN YURCISIN
PO BOX 229
180 MAIN STREET
ADAMSBURG, PA 15611**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.5000 | 32.00 | 784.00 | 42,453.20 |
| Vacation | 24.5000 | 8.00 | 196.00 | 1,846.60 |
| Gym Reimbur | | | | 200.00 |
| Holiday | | | | 1,254.20 |
| **Gross Pay** | | | **$980.00** | 45,754.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 412-373-8110

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -96.26 | 4,566.15 |
| | Social Security Tax | -58.49 | 2,738.46 |
| | Medicare Tax | -13.68 | 640.45 |
| | PA State Income Tax | -28.96 | 1,355.93 |
| | Monroeville Income Tax | -9.43 | 441.50 |
| | PA SUI/SDI Tax | -0.59 | 27.45 |
| | **Other** | | |
| | Fsa Healthspend | -10.41* | 458.36 |
| | Local Serv Tax | -1.00 | 47.00 |
| | Medpre | -26.13* | 1,126.92 |
| | **Net Pay** | **$735.05** | |
| | Checking 1 | -685.05 | |
| | Savings 1 | -50.00 | |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**
Your federal taxable wages this period are $943.46

©1998, 2006. ADP, LLC. All Rights Reserved.

▼ TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHT AT BOTTOM

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| | |
|---|---|
| Advice number: | 00000470040 |
| Pay date: | 11/21/2018 |

THIS IS NOT A CHECK

**Deposited to the account of**
**KEVIN YURCISIN**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx9513 | xxxx xxxx | $685.05 |
| | xxxxxx5486 | xxxx xxxx | $50.00 |

**NON-NEGOTIABLE**

001528
AQK 003997 000000 2772 0000480021

**Earnings Statement**

ADP

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| | |
|---|---|
| Period Beginning: | 11/17/2018 |
| Period Ending: | 11/23/2018 |
| Pay Date: | 11/29/2018 |

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
PA: N/A

**KEVIN YURCISIN
PO BOX 229
180 MAIN STREET
ADAMSBURG, PA 15611**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.5000 | 32.00 | 784.00 | 43,237.20 |
| Holiday | 24.5000 | 8.00 | 196.00 | 1,450.20 |
| Gym Reimbur | | | | 200.00 |
| Vacation | | | | 1,846.60 |
| **Gross Pay** | | | **$980.00** | 47,714.00 |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 412-373-8110

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -104.30 | 4,886.05 |
| | Social Security Tax | -60.76 | 2,859.98 |
| | Medicare Tax | -14.21 | 668.87 |
| | PA State Income Tax | -30.09 | 1,416.11 |
| | Monroeville Income Tax | -9.80 | 461.10 |
| | PA SUI/SDI Tax | -0.59 | 28.63 |
| | **Other** | | |
| | Local Serv Tax | -1.00 | 48.00 |
| | Fsa Healthspend | | 458.36 |
| | Medpre | | 1,126.92 |
| | **Net Pay** | **$759.25** | |
| | Checking 1 | -709.25 | |
| | Savings 1 | -50.00 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $980.00

© 1998, 2006, ADP, LLC. All Rights Reserved.

▲ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| | |
|---|---|
| Advice number: | 00000480021 |
| Pay date: | 11/29/2018 |

Deposited to the account of
KEVIN YURCISIN

| account number | transit ABA | amount |
|---|---|---|
| xxxxx9513 | xxxx xxxx | $709.25 |
| xxxxxx5486 | xxxx xxxx | $50.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings Statement**

ADP

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| Period Beginning: | 11/24/2018 |
|---|---|
| Period Ending: | 11/30/2018 |
| Pay Date: | 12/06/2018 |

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
PA: N/A

KEVIN YURCISIN
PO BOX 229
180 MAIN STREET
ADAMSBURG, PA 15611

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.5000 | 32.00 | 784.00 | 44,021.20 |
| Gym Reimbur | | | 40.00 | 240.00 |
| Vacation | 24.5000 | 8.00 | 196.00 | 2,042.60 |
| Holiday | | | | 1,450.20 |
| **Gross Pay** | | | **$1,020.00** | 48,734.00 |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 412-373-8110

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -105.06 | 4,991.11 |
| | Social Security Tax | -60.98 | 2,920.96 |
| | Medicare Tax | -14.26 | 683.13 |
| | PA State Income Tax | -30.19 | 1,446.30 |
| | Monroeville Income Tax | -9.83 | 470.93 |
| | PA SUI/SDI Tax | -0.61 | 29.24 |
| | **Other** | | |
| | Fsa Healthspend | -10.41* | 468.77 |
| | Local Serv Tax | -1.00 | 49.00 |
| | Medpre | -26.13* | 1,153.05 |
| | **Net Pay** | **$761.53** | |
| | Checking 1 | -711.53 | |
| | Savings 1 | -50.00 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $983.46

©1998, 2006, ADP, LLC  All Rights Reserved.

VERIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM.

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| Advice number: | 00000490021 |
|---|---|
| Pay date: | 12/06/2018 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| KEVIN YURCISIN | xxxxxx9513 | xxxx xxxx | $711.53 |
| | xxxxxx5486 | xxxx xxxx | $50.00 |

**NON-NEGOTIABLE**

**Earnings Statement**

ADP

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| Period Beginning: | 12/01/2018 |
|---|---|
| Period Ending: | 12/07/2018 |
| Pay Date: | 12/13/2018 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:    1
  PA:       N/A

KEVIN YURCISIN
PO BOX 229
180 MAIN STREET
ADAMSBURG, PA 15611

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.5000 | 40.00 | 980.00 | 45,001.20 |
| Gym Reimbur | | | | 240.00 |
| Holiday | | | | 1,450.20 |
| Vacation | | | | 2,042.60 |
| **Gross Pay** | | | **$980.00** | 49,714.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 0.90 | 0.90 |
| Hlth Plan Value | 6,091.20 | |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 412-373-8110

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -96.26 | 5,087.37 |
| | Social Security Tax | -58.55 | 2,979.51 |
| | Medicare Tax | -13.69 | 696.82 |
| | PA State Income Tax | -28.96 | 1,475.26 |
| | Monroeville Income Tax | -9.43 | 480.36 |
| | PA SUI/SDI Tax | -0.59 | 29.83 |
| | **Other** | | |
| | Fsa Healthspend | -10.41* | 479.18 |
| | Local Serv Tax | -1.00 | 50.00 |
| | Medpre | -26.13* | 1,179.18 |
| | **Net Pay** | **$734.98** | |
| | Checking 1 | -684.98 | |
| | Savings 1 | -50.00 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages
  Your federal taxable wages this period are $943.46

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| Advice number: | 00000500027 |
|---|---|
| Pay date: | 12/13/2018 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| KEVIN YURCISIN | xxxxx9513 | xxxx xxxx | $684.98 |
| | xxxxxx5486 | xxxx xxxx | $50.00 |

**NON-NEGOTIABLE**

**Earnings Statement**

ADP®

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| | |
|---|---|
| Period Beginning: | 12/08/2018 |
| Period Ending: | 12/14/2018 |
| Pay Date: | 12/20/2018 |

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:        1
  PA:            N/A

**KEVIN YURCISIN**
**PO BOX 229**
**180 MAIN STREET**
**ADAMSBURG, PA 15611**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.5000 | 40.00 | 980.00 | 45,981.20 |
| Gym Reimbur | | | | 240.00 |
| Holiday | | | | 1,450.20 |
| Vacation | | | | 4,206.44 |
| **Gross Pay** | | | **$980.00** | 52,857.84 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | | 0.90 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 412-373-8110

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -96.26 | 5,556.90 |
| | Social Security Tax | -58.50 | 3,172.16 |
| | Medicare Tax | -13.68 | 741.88 |
| | PA State Income Tax | -28.96 | 1,570.65 |
| | Monroeville Income Tax | -9.43 | 511.43 |
| | PA SUI/SDI Tax | -0.58 | 31.71 |
| | **Other** | | |
| | Fsa Healthspend | -10.41* | 489.59 |
| | Local Serv Tax | -1.00 | 51.00 |
| | Medpre | -26.13* | 1,205.31 |
| | **Net Pay** | **$735.05** | |
| | Checking 1 | -685.05 | |
| | Savings 1 | -50.00 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $943.46

© 1998, 2006. ADP, LLC. All Rights Reserved.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| | |
|---|---|
| Advice number: | 00000510023 |
| Pay date: | 12/20/2018 |

Deposited to the account of
KEVIN YURCISIN

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxx9513 | xxxx xxxx | $685.05 |
| | xxxxx5486 | xxxx xxxx | $50.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings Statement**                                          ADP

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, P.A. 15146

| | |
|---|---|
| Period Beginning: | 12/15/2018 |
| Period Ending: | 12/21/2018 |
| Pay Date: | 12/27/2018 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:     1
  PA:          N/A

**KEVIN YURCISIN**
**PO BOX 229**
**180 MAIN STREET**
**ADAMSBURG, PA 15611**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.5000 | 40.00 | 980.00 | 46,961.20 |
| Gym Reimbur | | | | 240.00 |
| Holiday | | | | 1,450.20 |
| Vacation | | | | 4,206.44 |
| **Gross Pay** | | | **$980.00** | 53,837.84 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | | 0.90 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 412-373-8110

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -96.26 | 5,653.16 |
| | Social Security Tax | -58.49 | 3,230.65 |
| | Medicare Tax | -13.68 | 755.56 |
| | PA State Income Tax | -28.96 | 1,599.61 |
| | Monroeville Income Tax | -9.43 | 520.86 |
| | PA SUI/SDI Tax | -0.59 | 32.30 |
| | **Other** | | |
| | Fsa Healthspend | -10.41* | 500.00 |
| | Local Serv Tax | -1.00 | 52.00 |
| | Medpre | -26.13* | 1,231.44 |
| | **Net Pay** | **$735.05** | |
| | Checking 1 | -685.05 | |
| | Savings 1 | -50.00 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $943.46

---

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| | |
|---|---|
| Advice number: | 00000520021 |
| Pay date: | 12/27/2018 |

**Deposited to the account of**
**KEVIN YURCISIN**

| account number | transit ABA | amount |
|---|---|---|
| xxxxx9513 | xxxx xxxx | $685.05 |
| xxxxx5486 | xxxx xxxx | $50.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement **ADP**

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| | |
|---|---|
| Period Beginning: | 12/22/2018 |
| Period Ending: | 12/28/2018 |
| Pay Date: | 01/03/2019 |

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal:    1
   PA:        N/A

**KEVIN YURCISIN**
**PO BOX 229**
**180 MAIN STREET**
**ADAMSBURG, PA 15611**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.5000 | 24.00 | 588.00 | 588.00 |
| Gym Reimbur | | | 20.00 | 20.00 |
| Holiday | 24.5000 | 16.00 | 392.00 | 392.00 |
| **Gross Pay** | | | **$1,000.00** | 1,000.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 412-373-8110

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -98.48 | 98.48 |
| | Social Security Tax | -59.73 | 59.73 |
| | Medicare Tax | -13.97 | 13.97 |
| | PA State Income Tax | -29.58 | 29.58 |
| | Monroeville Income Tax | -9.63 | 9.63 |
| | PA SUI/SDI Tax | -0.60 | 0.60 |
| | **Other** | | |
| | Fsa Healthspend | -10.41* | 10.41 |
| | Local Serv Tax | -1.00 | 1.00 |
| | Medpre | -26.13* | 26.13 |
| | **Net Pay** | **$750.47** | |
| | Checking 1 | -700.47 | |
| | Savings 1 | -50.00 | |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**
   Your federal taxable wages this period are $963.46

©1998, 2006, ADP, LLC  All Rights Reserved.

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

VOID VOID VOID VOID VOID

THIS IS NOT A CHECK

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

Advice number:     0000010021
Pay date:     01/03/2019

**Deposited to the account of**
**KEVIN YURCISIN**

| account number | transit ABA | amount |
|---|---|---|
| xxxxx9513 | xxxx xxxx | $700.47 |
| xxxxxx5486 | xxxx xxxx | $50.00 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| | |
|---|---|
| Period Beginning: | 12/29/2018 |
| Period Ending: | 01/04/2019 |
| Pay Date: | 01/10/2019 |

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:       1
  PA:            N/A

KEVIN YURCISIN
PO BOX 229
180 MAIN STREET
ADAMSBURG, PA 15611

| Earnings | rate | hours | this period | | year to date |
|---|---|---|---|---|---|
| Regular | 24.5000 | 32.00 | 784.00 | | 1,372.00 |
| Holiday | 24.5000 | 8.00 | 196.00 | | 588.00 |
| Gym Reimbur | | | | | 20.00 |
| **Gross Pay** | | | **$980.00** | | 1,980.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 412-373-8110

| Deductions | Statutory | | year to date |
|---|---|---|---|
| | Federal Income Tax | -94.08 | 192.56 |
| | Social Security Tax | -58.50 | 118.23 |
| | Medicare Tax | -13.68 | 27.65 |
| | PA State Income Tax | -28.96 | 58.54 |
| | Monroeville Income Tax | -9.43 | 19.06 |
| | PA SUI/SDI Tax | -0.59 | 1.19 |
| | **Other** | | |
| | Fsa Healthspend | -10.41* | 20.82 |
| | Local Serv Tax | -1.00 | 2.00 |
| | Medpre | -26.13* | 52.26 |
| | **Net Pay** | **$737.22** | |
| | Checking 1 | -687.22 | |
| | Savings 1 | -50.00 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $943.46

©1998, 2006, ADP, LLC   All Rights Reserved.

▼ TEAR HERE

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| | |
|---|---|
| Advice number: | 00000020021 |
| Pay date: | 01/10/2019 |

THIS IS NOT A CHECK

Deposited to the account of
KEVIN YURCISIN

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxx9513 | xxxx  xxxx | $687.22 |
| | xxxxx5486 | xxxx  xxxx | $50.00 |

**NON-NEGOTIABLE**

001925
CO. FILE DEPT. CLOCK VCHR.NO. 056

**Earnings Statement**

**ADP**®

*COMPUNETIX INC.*
*2420 MOSSIDE BLVD.*
*MONROEVILLE, PA. 15146*

| | |
|---|---|
| Period Beginning: | 01/05/2019 |
| Period Ending: | 01/11/2019 |
| Pay Date: | 01/17/2019 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: N/A

**KEVIN YURCISIN**
**PO BOX 229**
**180 MAIN STREET**
**ADAMSBURG, PA 15611**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.5000 | 40.00 | 980.00 | 2,352.00 |
| Gym Reimbur | | | | 20.00 |
| Holiday | | | | 588.00 |
| **Gross Pay** | | | **$980.00** | 2,960.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 412-373-8110

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -94.08 | 286.64 |
| | Social Security Tax | -58.49 | 176.72 |
| | Medicare Tax | -13.68 | 41.33 |
| | PA State Income Tax | -28.96 | 87.50 |
| | Monroeville Income Tax | -9.43 | 28.49 |
| | PA SUI/SDI Tax | -0.59 | 1.78 |
| | **Other** | | |
| | Fsa Healthspend | -10.41* | 31.23 |
| | Local Serv Tax | -1.00 | 3.00 |
| | Medpre | -26.13* | 78.39 |
| | **Net Pay** | **$737.23** | |
| | Checking 1 | -687.23 | |
| | Savings 1 | -50.00 | |
| | **Net Check** | **$0.00** | |

\* **Excluded from federal taxable wages**
  Your federal taxable wages this period are $943.46

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

VOID VOID VOID VOID VOID

THIS IS NOT A CHECK

NON-NEGOTIABLE

*COMPUNETIX INC.*
*2420 MOSSIDE BLVD.*
*MONROEVILLE, PA. 15146*

| | |
|---|---|
| Advice number: | 00000030021 |
| Pay date: | 01/17/2019 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| KEVIN YURCISIN | xxxxxx9513 | xxxx xxxx | $687.23 |
| | xxxxxx5486 | xxxx xxxx | $50.00 |

001719

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 056 |

**Earnings Statement**     ADP®

COMPUTEIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, P.A. 15146

| Period Beginning: | 01/12/2019 |
| Period Ending: | 01/18/2019 |
| Pay Date: | 01/24/2019 |

Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:        1
   PA:               N/A

KEVIN YURCISIN
PO BOX 229
180 MAIN STREET
ADAMSBURG, PA 15611

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.5000 | 36.00 | 882.00 | 3,234.00 |
| Vacation | 24.5000 | 4.00 | 98.00 | 98.00 |
| Gym Reimbur | | | | 20.00 |
| Holiday | | | | 588.00 |
| **Gross Pay** | | | **$980.00** | 3,940.00 |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 412-373-8110

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -94.08 | 380.72 |
| | Social Security Tax | -58.50 | 235.22 |
| | Medicare Tax | -13.68 | 55.01 |
| | PA State Income Tax | -28.96 | 116.46 |
| | Monroeville Income Tax | -9.43 | 37.92 |
| | PA SUI/SDI Tax | -0.58 | 2.36 |
| | **Other** | | |
| | Fsa Healthspend | -10.41* | 41.64 |
| | Local Serv Tax | -1.00 | 4.00 |
| | Medpre | -26.13* | 104.52 |
| | **Net Pay** | **$737.23** | |
| | Checking 1 | -687.23 | |
| | Savings 1 | -50.00 | |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**
   Your federal taxable wages this period are $943.46

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THIS IS NOT A CHECK

NON-NEGOTIABLE

COMPUTEIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| Advice number: | 00000040021 |
| Pay date: | 01/24/2019 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| KEVIN YURCISIN | xxxxx9513 | xxxx  xxxx | $687.23 |
| | xxxxx5486 | xxxx  xxxx | $50.00 |

**Earnings Statement**          ADP

001339

CO   FILE   DEPT   CLOCK   VCHR NO. 055
12K 220667 JA0000 0018000 0000

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| | |
|---|---|
| Period Beginning: | 01/19/2019 |
| Period Ending: | 01/25/2019 |
| Pay Date: | 01/31/2019 |

Taxable Marital Status:   Single
Exemptions/Allowances:
    Federal:        1
    PA:             N/A

**KEVIN YURCISIN**
**PO BOX 229**
**180 MAIN STREET**
**ADAMSBURG, PA 15611**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.5000 | 40.00 | 980.00 | 4,214.00 |
| Gym Reimbur | | | | 20.00 |
| Holiday | | | | 588.00 |
| Vacation | | | | 98.00 |
| **Gross Pay** | | | **$980.00** | 4,920.00 |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 412-373-8110

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -102.12 | 482.84 |
| | Social Security Tax | -60.76 | 295.98 |
| | Medicare Tax | -14.21 | 69.22 |
| | PA State Income Tax | -30.09 | 146.55 |
| | Monroeville Income Tax | -9.80 | 47.72 |
| | PA SUI/SDI Tax | -0.59 | 2.95 |
| | **Other** | | |
| | Local Serv Tax | -1.00 | 5.00 |
| | Fsa Healthspend | | 41.64 |
| | Medpre | | 104.52 |
| | **Net Pay** | **$761.43** | |
| | Checking 1 | -711.43 | |
| | Savings 1 | -50.00 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $980.00

©1998, 2006, ADP, LLC. All Rights Reserved.

TEAR HERE

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| | |
|---|---|
| Advice number: | 00000050021 |
| Pay date: | 01/31/2019 |

Deposited to the account of
**KEVIN YURCISIN**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxx9513 | xxxx xxxx | $711.43 |
| | xxxxx5486 | xxxx xxxx | $50.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings Statement** ADP®

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, P.A. 15146

| | |
|---|---|
| Period Beginning: | 01/26/2019 |
| Period Ending: | 02/01/2019 |
| Pay Date: | 02/07/2019 |

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
PA: N/A

KEVIN YURCISIN
PO BOX 229
180 MAIN STREET
ADAMSBURG, PA 15611

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.5000 | 40.00 | 980.00 | 5,194.00 |
| Gym Reimbur | | | 20.00 | 40.00 |
| Holiday | | | | 588.00 |
| Vacation | | | | 98.00 |
| **Gross Pay** | | | **$1,000.00** | 5,920.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -98.48 | 581.32 |
| | Social Security Tax | -59.73 | 355.71 |
| | Medicare Tax | -13.97 | 83.19 |
| | PA State Income Tax | -29.58 | 176.13 |
| | Monroeville Income Tax | -9.63 | 57.35 |
| | PA SUI/SDI Tax | -0.60 | 3.55 |
| | **Other** | | |
| | Fsa Healthspend | -10.41* | 52.05 |
| | Local Serv Tax | -1.00 | 6.00 |
| | Medpre | -26.13* | 130.65 |
| | **Net Pay** | **$750.47** | |
| | Checking 1 | -700.47 | |
| | Savings 1 | -50.00 | |
| | **Net Check** | **$0.00** | |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 412-373-8110

* **Excluded from federal taxable wages**
  Your federal taxable wages this period are $963.46

©1998, 2006, ADP, LLC All Rights Reserved.

▼ TEAR HERE

© 2006 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| | |
|---|---|
| Advice number: | 00000060021 |
| Pay date: | 02/07/2019 |

Deposited to the account of
KEVIN YURCISIN

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxx9513 | xxxx xxxx | $700.47 |
| | xxxxx5486 | xxxx xxxx | $50.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings Statement**

ADP

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| | |
|---|---|
| Period Beginning: | 02/02/2019 |
| Period Ending: | 02/08/2019 |
| Pay Date: | 02/14/2019 |

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
PA: N/A

KEVIN YURCISIN
PO BOX 229
180 MAIN STREET
ADAMSBURG, PA 15611

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.5000 | 40.00 | 980.00 | 6,174.00 |
| Gym Reimbur | | | | 40.00 |
| Holiday | | | | 588.00 |
| Vacation | | | | 98.00 |
| **Gross Pay** | | | **$980.00** | 6,900.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 412-373-8110

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -94.08 | 675.40 |
| | Social Security Tax | -58.50 | 414.21 |
| | Medicare Tax | -13.68 | 96.87 |
| | PA State Income Tax | -28.96 | 205.09 |
| | Monroeville Income Tax | -9.43 | 66.78 |
| | PA SUI/SDI Tax | -0.59 | 4.14 |
| | **Other** | | |
| | Fsa Healthspend | -10.41* | 62.46 |
| | Local Serv Tax | -1.00 | 7.00 |
| | Medpre | -26.13* | 156.78 |
| | **Net Pay** | **$737.22** | |
| | Checking 1 | -687.22 | |
| | Savings 1 | -50.00 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $943.46

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY : COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

VOID VOID VOID VOID VOID VOID

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| | |
|---|---|
| Advice number: | 00000070021 |
| Pay date: | 02/14/2019 |

Deposited to the account of
KEVIN YURCISIN

| account number | transit ABA | amount |
|---|---|---|
| xxxxx9513 | xxxx xxxx | $687.22 |
| xxxxx5486 | xxxx xxxx | $50.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

**Earnings Statement**

ADP®

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| | |
|---|---|
| Period Beginning: | 02/09/2019 |
| Period Ending: | 02/15/2019 |
| Pay Date: | 02/21/2019 |

Taxable Marital Status:  Single
Exemptions/Allowances:
   Federal:     1
   PA:       N/A

**KEVIN YURCISIN**
**PO BOX 229**
**180 MAIN STREET**
**ADAMSBURG, PA 15611**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.5000 | 40.00 | 980.00 | 7,154.00 |
| Gym Reimbur | | | | 40.00 |
| Holiday | | | | 588.00 |
| Vacation | | | | 98.00 |
| **Gross Pay** | | | **$980.00** | 7,880.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 412-373-8110

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -94.08 | 769.48 |
| | Social Security Tax | -58.49 | 472.70 |
| | Medicare Tax | -13.68 | 110.55 |
| | PA State Income Tax | -28.96 | 234.05 |
| | Monroeville Income Tax | -9.43 | 76.21 |
| | PA SUI/SDI Tax | -0.59 | 4.73 |
| | **Other** | | |
| | Fsa Healthspend | -10.41* | 72.87 |
| | Local Serv Tax | -1.00 | 8.00 |
| | Medpre | -26.13* | 182.91 |
| | **Net Pay** | **$737.23** | |
| | Checking 1 | -687.23 | |
| | Savings 1 | -50.00 | |
| | **Net Check** | **$0.00** | |

\* **Excluded from federal taxable wages**
  Your federal taxable wages this period are $943.46

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM.

VOID VOID VOID VOID VOID

THIS IS NOT A CHECK

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

Advice number:    00000080021
Pay date:    02/21/2019

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| KEVIN YURCISIN | xxxxx9513 | xxxx  xxxx | $687.23 |
| | xxxxx5486 | xxxx  xxxx | $50.00 |

**NON-NEGOTIABLE**

■ THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT. ■

001913
AQK 003997 D00000 2772 00000090021

**Earnings Statement** ADP®

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, P.A. 15146

| | |
|---|---|
| Period Beginning: | 02/16/2019 |
| Period Ending: | 02/22/2019 |
| Pay Date: | 02/28/2019 |

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
PA: N/A

KEVIN YURCISIN
PO BOX 229
180 MAIN STREET
ADAMSBURG, PA 15611

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.5000 | 40.00 | 980.00 | 8,134.00 |
| Gym Reimbur | | | | 40.00 |
| Holiday | | | | 588.00 |
| Vacation | | | | 98.00 |
| **Gross Pay** | | | **$980.00** | 8,860.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 412-373-8110

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -94.08 | 863.56 |
| | Social Security Tax | -58.50 | 531.20 |
| | Medicare Tax | -13.68 | 124.23 |
| | PA State Income Tax | -28.96 | 263.01 |
| | Monroeville Income Tax | -9.43 | 85.64 |
| | PA SUI/SDI Tax | -0.59 | 5.32 |
| | **Other** | | |
| | Fsa Healthspend | -10.41* | 83.28 |
| | Local Serv Tax | -1.00 | 9.00 |
| | Medpre | -26.13* | 209.04 |
| | **Net Pay** | **$737.22** | |
| | Checking 1 | -687.22 | |
| | Savings 1 | -50.00 | |
| | **Net Check** | **$0.00** | |

* **Excluded from federal taxable wages**
  Your federal taxable wages this period are $943.46

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| | |
|---|---|
| Advice number: | 00000090021 |
| Pay date: | 02/28/2019 |

THIS IS NOT A CHECK

Deposited to the account of
KEVIN YURCISIN

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx9513 | xxxx xxxx | $687.22 |
| | xxxxxx5486 | xxxx xxxx | $50.00 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP®**

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| | |
|---|---|
| Period Beginning: | 02/23/2019 |
| Period Ending: | 03/01/2019 |
| Pay Date: | 03/07/2019 |

Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:        1
   PA:             N/A

**KEVIN YURCISIN**
**PO BOX 229**
**180 MAIN STREET**
**ADAMSBURG, PA 15611**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.5000 | 40.00 | 980.00 | 9,114.00 |
| Adjust | | | 69.58 | 69.58 |
| Gym Reimbur | | | 20.00 | 60.00 |
| Holiday | | | | 588.00 |
| Vacation | | | | 98.00 |
| **Gross Pay** | | | **$1,069.58** | 9,929.58 |

Your federal taxable wages this period are
$1,033.04

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 412-373-8110

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -113.79 | 977.35 |
| | Social Security Tax | -64.04 | 595.24 |
| | Medicare Tax | -14.98 | 139.21 |
| | PA State Income Tax | -31.71 | 294.72 |
| | Monroeville Income Tax | -10.33 | 95.97 |
| | PA SUI/SDI Tax | -0.64 | 5.96 |
| | **Other** | | |
| | Fsa Healthspend | -10.41* | 93.69 |
| | Local Serv Tax | -1.00 | 10.00 |
| | Medpre | -26.13* | 235.17 |
| | **Net Pay** | **$796.55** | |
| | Checking 1 | -746.55 | |
| | Savings 1 | -50.00 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

©1998, 2006, ADP, LLC. All Rights Reserved

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

© 2006 ADP, LLC

THIS IS NOT A CHECK

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

Advice number:      00000100021
Pay date:           03/07/2019

Deposited to the account of
KEVIN YURCISIN

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx9513 | xxxx xxxx | $746.55 |
| | xxxxxx5486 | xxxx xxxx | $50.00 |

**NON-NEGOTIABLE**

■ THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT. ■

**ADP**

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| | |
|---|---|
| Period Beginning: | 03/02/2019 |
| Period Ending: | 03/08/2019 |
| Pay Date: | 03/14/2019 |

Taxable Marital Status:  Single
Exemptions/Allowances:
   Federal:       1
   PA:          N/A

**KEVIN YURCISIN
PO BOX 229
180 MAIN STREET
ADAMSBURG, PA 15611**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.5000 | 40.00 | 980.00 | 10,094.00 |
| Adjust | | | | 69.58 |
| Gym Reimbur | | | | 60.00 |
| Holiday | | | | 588.00 |
| Vacation | | | | 98.00 |
| **Gross Pay** | | | **$980.00** | 10,909.58 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 412-373-8110

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -94.08 | 1,071.43 |
| | Social Security Tax | -58.50 | 653.74 |
| | Medicare Tax | -13.68 | 152.89 |
| | PA State Income Tax | -28.96 | 323.68 |
| | Monroeville Income Tax | -9.43 | 105.40 |
| | PA SUI/SDI Tax | -0.59 | 6.55 |
| | **Other** | | |
| | Fsa Healthspend | -10.41* | 104.10 |
| | Local Serv Tax | -1.00 | 11.00 |
| | Medpre | -26.13* | 261.30 |
| | **Net Pay** | **$737.22** | |
| | Checking 1 | -687.22 | |
| | Savings 1 | -50.00 | |
| | **Net Check** | **$0.00** | |

  **\* Excluded from federal taxable wages**
   Your federal taxable wages this period are $943.46



VERIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

© 2000 ADP, LLC

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| Advice number: | 00000110021 |
|---|---|
| Pay date: | 03/14/2019 |

THIS IS NOT A CHECK

Deposited to the account of
KEVIN YURCISIN

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxx9513 | xxxx xxxx | $687.22 |
| | xxxxx5486 | xxxx xxxx | $50.00 |

**NON-NEGOTIABLE**

001993
AQK   003997  D00000  2772    0000120021

# Earnings Statement

**ADP**

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, P.A. 15146

| | |
|---|---|
| Period Beginning: | 03/09/2019 |
| Period Ending: | 03/15/2019 |
| Pay Date: | 03/21/2019 |

Taxable Marital Status:   Single
Exemptions/Allowances:
Federal:        1
PA:             N/A

KEVIN  YURCISIN
PO BOX 229
180 MAIN STREET
ADAMSBURG, PA 15611

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.5000 | 36.00 | 882.00 | 10,976.00 |
| Adjust | | | 3.43 | 73.01 |
| Vacation | 24.5000 | 4.00 | 98.00 | 196.00 |
| Gym Reimbur | | | | 60.00 |
| Holiday | | | | 588.00 |
| **Gross Pay** | | | **$983.43** | 11,893.01 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 412-373-8110

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -94.83 | 1,166.26 |
| | Social Security Tax | -58.71 | 712.45 |
| | Medicare Tax | -13.73 | 166.62 |
| | PA State Income Tax | -29.07 | 352.75 |
| | Monroeville Income Tax | -9.47 | 114.87 |
| | PA SUI/SDI Tax | -0.59 | 7.14 |
| | **Other** | | |
| | Fsa Healthspend | -10.41* | 114.51 |
| | Local Serv Tax | -1.00 | 12.00 |
| | Medpre | -26.13* | 287.43 |
| | **Net Pay** | **$739.49** | |
| | Checking 1 | -689.49 | |
| | Savings 1 | -50.00 | |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**
Your federal taxable wages this period are $946.89

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

VOID VOID VOID VOID VOID

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE,  PA. 15146

| | |
|---|---|
| Advice number: | 00000120021 |
| Pay date: | 03/21/2019 |

THIS IS NOT A CHECK

Deposited to the account of
KEVIN YURCISIN

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx9513 | xxxx  xxxx | $689.49 |
| | xxxxxx5486 | xxxx  xxxx | $50.00 |

**NON-NEGOTIABLE**

**Earnings Statement**

**ADP**®

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| | |
|---|---|
| Period Beginning: | 03/16/2019 |
| Period Ending: | 03/22/2019 |
| Pay Date: | 03/28/2019 |

Taxable Marital Status:  Single
Exemptions/Allowances:
Federal:      1
PA:           N/A

**KEVIN YURCISIN
PO BOX 229
180 MAIN STREET
ADAMSBURG, PA 15611**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.5000 | 40.00 | 980.00 | 11,956.00 |
| Adjust | | | | 73.01 |
| Gym Reimbur | | | | 60.00 |
| Holiday | | | | 588.00 |
| Vacation | | | | 196.00 |
| **Gross Pay** | | | **$980.00** | 12,873.01 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 412-373-8110

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -94.08 | 1,260.34 |
| | Social Security Tax | -58.49 | 770.94 |
| | Medicare Tax | -13.68 | 180.30 |
| | PA State Income Tax | -28.96 | 381.71 |
| | Monroeville Income Tax | -9.43 | 124.30 |
| | PA SUI/SDI Tax | -0.58 | 7.72 |
| | **Other** | | |
| | Fsa Healthspend | -10.41* | 124.92 |
| | Local Serv Tax | -1.00 | 13.00 |
| | Medpre | -26.13* | 313.56 |
| | **Net Pay** | **$737.24** | |
| | Checking 1 | -687.24 | |
| | Savings 1 | -50.00 | |
| | **Net Check** | **$0.00** | |

\* **Excluded from federal taxable wages**
  Your federal taxable wages this period are $943.46

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

VOID VOID VOID

THIS IS NOT A CHECK

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| | |
|---|---|
| Advice number: | 00000130022 |
| Pay date: | 03/28/2019 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| KEVIN YURCISIN | xxxxxx9513 | xxxx  xxxx | $687.24 |
| | xxxxxx5486 | xxxx  xxxx | $50.00 |

**NON-NEGOTIABLE**

002607
AQK  003997  D00000  2772  0000SMP03

**Earnings Statement**                                                    ADP®

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| | |
|---|---|
| Period Beginning: | 03/23/2019 |
| Period Ending: | 03/29/2019 |
| Pay Date: | 04/04/2019 |

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:    1
  PA:       N/A

**KEVIN YURCISIN**
**PO BOX 229**
**180 MAIN STREET**
**ADAMSBURG, PA 15611**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.5000 | 40.00 | 980.00 | 12,936.00 |
| Adjust | | | 62.72 | 135.73 |
| Gym Reimbur | | | 20.00 | 80.00 |
| Holiday | | | | 588.00 |
| Vacation | | | | 196.00 |
| Gross Pay | | | $1,062.72 | 13,935.73 |

Your federal taxable wages this period are
$1,023.95

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 412-373-8110

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -111.79 | 1,372.13 |
| | Social Security Tax | -63.49 | 834.43 |
| | Medicare Tax | -14.85 | 195.15 |
| | PA State Income Tax | -31.44 | 413.15 |
| | Monroeville Income Tax | -10.24 | 134.54 |
| | PA SUI/SDI Tax | -0.64 | 8.36 |
| | **Other** | | |
| | Fsa Healthspend | -10.73* | 135.65 |
| | Local Serv Tax | -1.00 | 14.00 |
| | Medpre | -28.04* | 341.60 |
| | Net Pay | $790.50 | |
| | Checking 1 | -740.50 | |
| | Savings 1 | -50.00 | |
| | Net Check | $0.00 | |

* Excluded from federal taxable wages

©1998, 2006 ADP, LLC  All Rights Reserved

TEAR HERE

---

© 2000 ADP, LLC
VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| | |
|---|---|
| Advice number: | 00000140021 |
| Pay date: | 04/04/2019 |

**Deposited to the account of**     **account number**   **transit ABA**   **amount**
KEVIN YURCISIN                        xxxxxx9513          xxxx xxxx        $740.50
                                      xxxxxx5486          xxxx xxxx         $50.00

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement **ADP**®

COMPUTENIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| | |
|---|---|
| Period Beginning: | 03/30/2019 |
| Period Ending: | 04/05/2019 |
| Pay Date: | 04/11/2019 |

Taxable Marital Status:   Single
Exemptions/Allowances:
Federal:        1
PA:              N/A

**KEVIN  YURCISIN**
**PO BOX 229**
**180 MAIN STREET**
**ADAMSBURG,  PA  15611**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.5000 | 40.00 | 980.00 | 13,916.00 |
| Adjust | | | 70.56 | 206.29 |
| Gym Reimbur | | | | 80.00 |
| Holiday | | | | 588.00 |
| Vacation | | | | 196.00 |
| **Gross Pay** | | | **$1,050.56** | 14,986.29 |

Your federal taxable wages this period are
$1,012.11

**Important  Notes**
YOUR COMPANY'S PHONE NUMBER IS 412-373-8110

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -109.18 | 1,481.31 |
| | Social Security Tax | -62.75 | 897.18 |
| | Medicare Tax | -14.67 | 209.82 |
| | PA State Income Tax | -31.07 | 444.22 |
| | Monroeville Income Tax | -10.12 | 144.66 |
| | PA SUI/SDI Tax | -0.63 | 8.99 |
| | **Other** | | |
| | Fsa Healthspend | -10.41* | 146.06 |
| | Local Serv Tax | -1.00 | 15.00 |
| | Medpre | -28.04* | 369.64 |
| | **Net Pay** | **$782.69** | |
| | Checking 1 | -732.69 | |
| | Savings 1 | -50.00 | |
| | **Net Check** | **$0.00** | |

* Excluded from  federal  taxable  wages

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THIS IS NOT A CHECK
VOID VOID VOID VOID

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| | |
|---|---|
| Advice number: | 00000150021 |
| Pay date: | 04/11/2019 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| KEVIN YURCISIN | xxxxxx9513 | xxxx xxxx | $732.69 |
| | xxxxxx5486 | xxxx xxxx | $50.00 |

**NON-NEGOTIABLE**

002526
AQK  003997 D00000 2772   00001600021

**Earnings Statement**

ADP®

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| | |
|---|---|
| Period Beginning: | 04/06/2019 |
| Period Ending: | 04/12/2019 |
| Pay Date: | 04/18/2019 |

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:        1
  PA:            N/A

KEVIN  YURCISIN
PO  BOX  229
180  MAIN  STREET
ADAMSBURG,  PA  15611

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.5000 | 36.00 | 882.00 | 14,798.00 |
| Vacation | 24.5000 | 4.00 | 98.00 | 294.00 |
| Adjust | | | | 206.29 |
| Gym Reimbur | | | | 80.00 |
| Holiday | | | | 588.00 |
| Gross Pay | | | $980.00 | 15,966.29 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 412-373-8110

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -93.66 | 1,574.97 |
| | Social Security Tax | -58.37 | 955.55 |
| | Medicare Tax | -13.66 | 223.48 |
| | PA State Income Tax | -28.91 | 473.13 |
| | Monroeville Income Tax | -9.42 | 154.08 |
| | PA SUI/SDI Tax | -0.59 | 9.58 |
| | **Other** | | |
| | Fsa Healthspend | -10.41* | 156.47 |
| | Local Serv Tax | -1.00 | 16.00 |
| | Medpre | -28.04* | 397.68 |
| | **Net Pay** | **$735.94** | |
| | Checking 1 | -685.94 | |
| | Savings 1 | -50.00 | |
| | **Net Check** | **$0.00** | |

* **Excluded from federal taxable wages**
  Your federal taxable wages this period are $941.55

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| | |
|---|---|
| Advice number: | 00000160021 |
| Pay date: | 04/18/2019 |

Deposited to the account of
KEVIN YURCISIN

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx9513 | xxxx  xxxx | $685.94 |
| | xxxxxx5486 | xxxx  xxxx | $50.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

002042
AQK   003997 D00000 2772   000001700219

# Earnings Statement

**ADP®**

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

| | |
|---|---|
| Period Beginning: | 04/13/2019 |
| Period Ending: | 04/19/2019 |
| Pay Date: | 04/25/2019 |

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:    1
  PA:        N/A

**KEVIN YURCISIN**
**PO BOX 229**
**180 MAIN STREET**
**ADAMSBURG, PA 15611**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.5000 | 34.00 | 833.00 | 15,631.00 |
| Holiday | 24.5000 | 4.00 | 98.00 | 686.00 |
| Vacation | 24.5000 | 2.00 | 49.00 | 343.00 |
| Adjust | | | | 206.29 |
| Gym Reimbur | | | | 80.00 |
| **Gross Pay** | | | **$980.00** | 16,946.29 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 412-373-8110

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -93.66 | 1,668.63 |
| | Social Security Tax | -58.38 | 1,013.93 |
| | Medicare Tax | -13.65 | 237.13 |
| | PA State Income Tax | -28.91 | 502.04 |
| | Monroeville Income Tax | -9.42 | 163.50 |
| | PA SUI/SDI Tax | -0.59 | 10.17 |
| | **Other** | | |
| | Fsa Healthspend | -10.41* | 166.88 |
| | Local Serv Tax | -1.00 | 17.00 |
| | Medpre | -28.04* | 425.72 |
| | **Net Pay** | **$735.94** | |
| | Checking 1 | -685.94 | |
| | Savings 1 | -50.00 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $941.55

© 2000 ADP, LLC
VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID

THIS IS NOT A CHECK

COMPUNETIX INC.
2420 MOSSIDE BLVD.
MONROEVILLE, PA. 15146

Advice number:    00000170021
Pay date:    04/25/2019

Deposited to the account of
KEVIN YURCISIN

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx9513 | xxxx  xxxx | $685.94 |
| | xxxxxx5486 | xxxx  xxxx | $50.00 |

**NON-NEGOTIABLE**