IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Kevin A. Yurcisin, ) | Case No. 19-22076 JAD |
| *Debtor* ) | Chapter 13 |
| ) | |
| Kevin A. Yurcisin, ) | Related to Document No. 17 |
| Social Security No. XXX-XX- 6695 ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Compunetix Inc. and ) | |
| Ronda J. Winnecour, Trustee ) | |
| *Respondents* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 21, 2019, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Kevin A. Yurcisin
PO Box 229
Adamsburg, PA 15611

Compunetix, Inc.
Attn: Payroll Dept.
2420 Mosside Blvd.
Monroeville, PA 15146

Date of Service:    June 21, 2019

/s/ Julie Frazee Steidl
Julie Frazee Steidl, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. 35937