IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>**KEVIN A. YURCISIN.,**<br>    **Debtor(s)** | <br><br>Bankruptcy No. 19-22076-JAD |
| ACAR LEASING LTD<br>d/b/a GM FINANCIAL LEASING,<br>    **Movant**<br>    v. | Chapter 13<br><br><br>Related To Document No. 39 |
| KEVIN A. YURCISIN,<br>    **Respondent(s)** | |
| RONDA J. WINNECOUR,<br>    **Trustee** | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING MOTION OF ACAR LEASING FOR RELIEF FROM AUTOMATIC STAY**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than April 9, 2020, (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.

If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled. You should take this Notice and the Motion to a lawyer at once.

A **telephonic** hearing will be held on **May 1, 2020 at 11:00 A.M**. before Honorable Jeffery A. Deller. Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at (866) 582-6878 no later than twenty-four (24) hours prior to the scheduled hearing. All counsel and parties participating telephonically shall comply with the procedures of telephonic participation set forth in the procedures for Judge Deller's cases, which may be found on the Court's webpage at www.pawb.uscourts.gov.

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of service: 3/23/20

                                                /s/ William E. Craig
                                                William E. Craig, Esquire
                                                PA ID # 92329
                                                Morton & Craig LLC
                                                110 Marter Ave., Suite 301
                                                Moorestown, NJ 08057
                                                (856) 866-0100
                                                bcraig@mortoncraig.com
                                                Attorneys for Movant