IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br> KEVIN A. YURCISIN, <br>     **Debtor(s)** <br><br> ACAR LEASING LTD <br> d/b/a GM FINANCIAL LEASING, <br>     **Movant** <br> v. <br><br> KEVIN A. YURCISIN, <br>     **Respondent(s)** <br><br> RONDA J. WINNECOUR, <br>     **Trustee** | **DEFAULT O/E JAD** <br><br> Bankruptcy No. 19-22076-JAD <br><br> Chapter 13 <br><br> Related To Document No. 39 <br><br> **Response Deadline: 4/9/20** <br><br> **(Telephonic) Hearing Date: 5/1/20 at 11:00 AM** |

## ORDER OF COURT

AND NOW, this 10th day of April, 2020, it is hereby **ORDERED** that the Motion For Relief From The Automatic Stay is GRANTED.

Movant ACAR Leasing LTD d/b/a GM Financial Leasing is permitted to enforce its rights in the property described as a **2017 Chevrolet Equinox** bearing vehicle identification number 2GNFLFEK2H6102926, to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law, including but not limited to repossession of said property.

_____ mas
JEFFERY A. DELLER
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    William E. Craig, Esquire
    Kevin A. Yurcisin
    Julie Frazee Steidl, Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

FILED
4/10/20 11:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 19-22076-JAD
Kevin A Yurcisin                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch                Page 1 of 1              Date Rcvd: Apr 10, 2020
                              Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2020.
db             +Kevin A Yurcisin,    PO Box 229,   Adamsburg, PA 15611-0229
cr             +ACAR Leasing LTD d/b/a GM Financial Leasing,    4000 Embarcadero Dr.,   Arlington, TX 76014-4101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              Julie Frazee Steidl    on behalf of Debtor Kevin A Yurcisin julie.steidl@steidl-steinberg.com,
               leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Karina Velter    on behalf of Creditor    Wells Fargo Bank NA, dba Wells Fargo Auto
               amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Craig    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 6