IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | **DEFAULT O/E JAD** |
| ) | |
| Kevin A. Yurcisin, ) | |
| *Debtor* ) | Bankruptcy No. 19-22076-JAD |
| ) | |
| Steidl & Steinberg, P.C., ) | Chapter 13 |
| *Movant* ) | |
| ) | Related To Doc. No. 45 |
| Kevin A. Yurcisin and ) | |
| Ronda J. Winnecour, Chapter 13 ) | |
| Trustee, ) | |
| *Respondents* ) | |

## ORDER OF COURT

AND NOW, to wit, this <u>21st</u> day of <u>April</u>, 2020, it is hereby ORDERED, ADJUDGED, and DECREED, that Steidl & Steinberg, P.C. is permitted to withdraw as Debtor's counsel and the Chapter 13 Trustee will make no future payments to Steidl & Steinberg, P.C. for this case.

_____
Hon. Jeffery A. Deller    mas
United States Bankruptcy Court

CASE ADMINISTRATOR SHALL SERVE:
All Creditors and Parties in Interest

FILED
4/21/20 11:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Kevin A Yurcisin  
    Debtor

Case No. 19-22076-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: lfin    Page 1 of 2    Date Rcvd: Apr 21, 2020  
                  Form ID: pdf900    Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2020.
```
db         +Kevin A Yurcisin,    PO Box 229,    Adamsburg, PA 15611-0229
cr         +ACAR Leasing LTD d/b/a GM Financial Leasing,    4000 Embarcadero Dr.,    Arlington, TX 76014-4101
15106044   +ACAR Leasing LTD,    d/b/a GM Financial Leasing,    P.O. Box 183853,    Arlington, TX 76096-3853
15066419   +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
15056902   +Mb Financial Bank,    6111 N River Rd,    Rosemont, IL 60018-5111
15056903   +Mb Financial Bank,    Attn: Bankruptcy Dept.,    800 West Madison Street,
             Chicago, IL 60607-2683
15097303   +PennyMac Loan Services, LLC,    P.O. Box 2410,    Moorpark, CA 93020-2410
15056905   +Pennymac Loan Services,    Po Box 514387,    Los Angeles, CA 90051-4387
15056906   +Pennymac Loan Services,    Correspondence Unit/Bankruptcy,    Po Box 514387,
             Los Angeles, CA 90051-4387
15056907   +Pheple Fcu,    P.o. Box 983,    Greensburg, PA 15601-0983
15088255   +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh, NC 27605-1000
15056908   +Wells Fargo Dealer Services,    Po Box 10709,    Raleigh, NC 27605-0709
15056909   +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
15056901   +loanDepot,    Attn: Bankruptcy,    Po Box 250009,    Plano, TX 75025-0009
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 22 2020 03:19:00
             PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15056897   +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 22 2020 03:11:03
             AmeriCredit/GM Financial,    Po Box 181145,    Arlington, TX 76096-1145
15056898    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 22 2020 03:07:15     Capital One,
             15000 Capital One Dr,    Richmond, VA 23238
15056899   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 22 2020 03:07:54     Capital One,
             Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15081595    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 22 2020 03:07:53
             Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
             Charlotte, NC  28272-1083
15075324   +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2020 03:07:16     Synchrony Bank,
             c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15094551    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 22 2020 03:19:28     Verizon,
             by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
15056900   +E-mail/Text: bknotification@loandepot.com Apr 22 2020 03:11:20     loanDepot,
             26642 Towne Center Dr,    Foothill Ranch, CA 92610-2808
                                                                                              TOTAL: 8
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PENNYMAC LOAN SERVICES, LLC
cr              Wells Fargo Bank NA, dba Wells Fargo Auto
15056904      ##Paypal Creidt,    PO Box 105658,    Atlanta, GA 30348-5658
                                                                                   TOTALS: 2, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2           User: lfin                   Page 2 of 2                   Date Rcvd: Apr 21, 2020
                               Form ID: pdf900              Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 21, 2020 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
          Julie Frazee Steidl    on behalf of Debtor Kevin A Yurcisin julie.steidl@steidl-steinberg.com,
           leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
           tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
          Karina   Velter    on behalf of Creditor    Wells Fargo Bank NA, dba Wells Fargo Auto
           amps@manleydeas.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          William E. Craig    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
           ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                             TOTAL: 6