IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-22076 JAD |
| | : | |
| Kevin A. Yurcisin | : | |
| | : | Chapter 13 |
| Debtor(s) | : | |
| ============================= | : | Related to Doc No. 81 |
| Scott R. Lowden, Esq., | : | |
| Applicant, | : | |
| v. | : | Hearing: 6/23/21 at 11:00 AM |
| No Respondent | : | |
| Respondent | : | |

## CERTIFICATION OF NO RESPONSE REGARDING APPLICATION FOR PROFESSIONAL FEES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on May 23, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Summary Cover Sheet and Notice of Hearing, responses to the Application were to be filed and served no later than June 10, 2021.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated:   June 11, 2021

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
Nicotero & Lowden, PC
3948 Monroeville Blvd., Ste. 2
Monroeville, PA 15146
(412) 374-7161
niclowlgl@comcast.net
PA. ID 72116