FILED
6/21/21 5:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

| | | |
|---|---|---|
| IN RE: | : | |
| Kevin A. Yurcisin | : | Case No. 19-22076 JAD |
| | : | |
| Debtor(s) | : | Chapter 13 |
| =============================== | : | |
| Scott R. Lowden, Esq. | : | Related To ECF No. 81 |
| Applicant, | : | |
| v. | : | |
| No Respondent | : | |
| Respondent | : | |

### ORDER OF COURT

AND NOW, this 21st day of June, 2020, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date Attorney Fees and Costs owed to Scott R. Lowden, Esq. and Nicotero & Lowden, P.C. are found to be $2,923.00, of which $2,887.50 are attorney's fees and $35.50 are costs, and that the total previously allowed Attorney's Fees and Costs to Scott R. Lowden, Esq. and Nicotero & Lowden, P.C. were $1,000.00. This award covers the period from April 8, 2020 to November 24, 2020.

Therefore, the Application in its face amount of $1,923.00 for additional compensation for services rendered by Scott R. Lowden, Esquire as Attorney for Debtor(s) are allowed, and the total additional sum of $1,923.00 is to be paid to Scott R. Lowden, Esquire as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid pursuant to prior confirmed Plan(s) at $200.00 per month.

Further, the Clerk shall record the total award of compensation for Scott R. Lowden and Nicotero & Lowden, P.C. as $2,923.00, consisting of compensation in the amount of $2,887.50 in attorney's fees and $35.50 in costs.

BY THE COURT:

Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
 Scott R. Lowden Esquire
 Ronda J. Winnecour, Esquire
 Office of United States Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22076-JAD |
| Kevin A Yurcisin | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 2 |
| Date Rcvd: Jun 21, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kevin A Yurcisin, PO Box 229, Adamsburg, PA 15611-0229 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Joseph F. Nicotero | on behalf of Plaintiff Kevin A Yurcisin niclowlgl@comcast.net |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com |
| Natalie N. Piscione | on behalf of Defendant PHEPLE FCU  f/k/a WESTMORELAND COMMUNITY FCU covellilawoffices@yahoo.com, ndantonio@covellilaw.com |
| Natalie N. Piscione | on behalf of Creditor PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com  ndantonio@covellilaw.com |
| Office of the United States Trustee | |

District/off: 0315-2     User: lfin     Page 2 of 2
Date Rcvd: Jun 21, 2021     Form ID: pdf900     Total Noticed: 1

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
    on behalf of Debtor Kevin A Yurcisin niclowlgl@comcast.net

Stephen Russell Franks
    on behalf of Creditor Wells Fargo Bank NA  dba Wells Fargo Auto amps@manleydeas.com

William E. Craig
    on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 10