IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 19-22076 JAD |
| Kevin A. Yurcisin | : | |
| | : | Chapter 13 |
| Debtor(s) | : | Related to |
| =============================== | : | Doc No.   89 |
| Scott R. Lowden, Esq., | : | |
| Applicant, | : | |
| v. | : | |
| No Respondent | : | **DEFAULT O/E JAD** |
| Respondent | : | |

### ORDER OF COURT

AND NOW, this __15th__ day of _____December_____, 2022, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date attorney fees and costs are found to be $4,586.80, of which $4,537.50 are attorney fees and $49.30 are costs, and that the total previously allowed Attorney's Fees and Costs were $2,923.00. This award covers the period from 12/9/2020 to 11/10/2022.

Therefore, the Application in its face amount of $1,663.80 for additional compensation for services rendered by Nicotero & Lowden, PC as Attorney for Debtor(s) are allowed, and the total additional sum of $1,663.80 is to be paid to Nicotero & Lowden, PC as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid to Scott R. Lowden, Esquire, pursuant to prior confirmed Plan(s) at $200.00 per month.

Further, the Clerk shall record the award of additional compensation for services rendered between December 9, 2020 and November 10, 2022 in the amount of **$1,650.00** and expenses in the amount of **$13.80** for a total of **$1,663.80**. The total award of compensation for services to date, is **$4,537.50** and expenses in the amount of **$49.30** for a grand total in the amount of **$4,586.80.**

BY THE COURT:

_____ sjk
Jeffery A. Deller, U.S. Bankruptcy Judge

FILED
12/15/22 9:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22076-JAD |
| Kevin A Yurcisin | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 15, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kevin A Yurcisin, PO Box 229, Adamsburg, PA 15611-0229 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 17, 2022 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Joseph F. Nicotero | on behalf of Plaintiff Kevin A Yurcisin josephnicotero@gmail.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com |
| Natalie Norina Piscione | on behalf of Creditor PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com  ndantonio@covellilaw.com |
| Natalie Norina Piscione | on behalf of Defendant PHEPLE FCU  f/k/a WESTMORELAND COMMUNITY FCU covellilawoffices@yahoo.com, ndantonio@covellilaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Dec 15, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
    on behalf of Debtor Kevin A Yurcisin niclowlgl@comcast.net

Stephen Russell Franks
    on behalf of Creditor Wells Fargo Bank NA  dba Wells Fargo Auto amps@manleydeas.com

William E. Craig
    on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 10