FILED
1/5/23 4:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kevin A. Yurcisin ) | |
| ) | Case No. 19-22076 JAD |
| ) | |
| ) | **Chapter 13** |
| ) | |
| Debtor(s). ) | Doc. # 94 |
| _____X | |

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

  ☐ a motion to dismiss case or certificate of default requesting dismissal

  ☒ a plan modification sought by: Kevin A. Yurcisin

  ☐ a motion to lift stay
    as to creditor _____

  ☒ Other: The plan is being modified to provide plan funding regarding additional attorney fees by Order of Court DN 92

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

  ☐ Chapter 13 Plan dated
  ☒ Amended Chapter 13 Plan dated  July 23, 2020

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

  x Debtor(s) Plan payments shall be changed from $ _____ to $ _____ per Month, effective _____; and/or the Plan term shall be

<ul>
<li>changed from 60 months to 52 months.                                                                    .</li>

<li>In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.</li>

<li>Debtor(s) shall file and serve _____ on or before _____.</li>

<li>If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.</li>

<li>If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.</li>

<li>☒ Other: PennyMac Loan Services, LLC CL.#5-2 governs following all NMPC of record. Additional attorney fees to be paid per the order entered 12/15/22 at Doc 92.</li>
</ul>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this  5th  day of      January      , 2023

_____ jsf
United States Bankruptcy Judge
Jeffery A. Deller

Stipulated by:                                        Stipulated by:

 /s/ Scott R. Lowden                                   /s/  James Warmbrodt
Scott R. Lowden - Counsel to Debtor     James Warmbrodt, Esq.
PA ID 72116                                            Counsel to Chapter 13 Trustee
Rice & Associates Law Firm
15 W. Beau Street
Washington, PA 15301
lowdenscott@gmail.com
(412) 292-4254

Stipulated by:

_____

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-22076-JAD

Kevin A Yurcisin  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3

Date Rcvd: Jan 05, 2023     Form ID: pdf900     Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin A Yurcisin, PO Box 229, Adamsburg, PA 15611-0229 |
| 15056903 | + | Mb Financial Bank, Attn: Bankruptcy Dept., 800 West Madison Street, Chicago, IL 60607-2683 |
| 15056902 | + | Mb Financial Bank, 6111 N River Rd, Rosemont, IL 60018-5111 |
| 15056904 | | Paypal Creidt, PO Box 105658, Atlanta, GA 30348-5658 |
| 15056907 | + | Pheple Fcu, P.o. Box 983, Greensburg, PA 15601-0983 |
| 15056901 | + | loanDepot, Attn: Bankruptcy, Po Box 250009, Plano, TX 75025-0009 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 06 2023 00:02:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 06 2023 00:15:26 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15106044 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 06 2023 00:02:00 | ACAR Leasing LTD, d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 15056897 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 06 2023 00:02:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15056898 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 06 2023 00:15:09 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 15056899 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 06 2023 00:15:16 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15081595 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 06 2023 00:15:25 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15066419 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Jan 06 2023 00:02:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 15097303 | + | Email/PDF: ebnotices@pnmac.com | Jan 06 2023 00:15:21 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15056905 | + | Email/PDF: ebnotices@pnmac.com | Jan 06 2023 00:15:13 | Pennymac Loan Services, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15056906 | + | Email/PDF: ebnotices@pnmac.com | Jan 06 2023 00:15:21 | Pennymac Loan Services, Correspondence Unit/Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15075324 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 06 2023 00:15:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2023 | Form ID: pdf900 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| 15094551 | | Email/PDF: ebn_ais@aisinfo.com | Jan 06 2023 00:15:09 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15088255 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 06 2023 00:15:09 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 15056908 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 06 2023 00:15:25 | Wells Fargo Dealer Services, Po Box 10709, Raleigh, NC 27605-0709 |
| 15056909 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 06 2023 00:15:09 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 15056900 | + | Email/Text: bknotification@loandepot.com | Jan 06 2023 00:02:00 | loanDepot, 26642 Towne Center Dr, Foothill Ranch, CA 92610-2808 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | | Wells Fargo Bank NA, dba Wells Fargo Auto |
| cr | ##+ | PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COM, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG, PA 15601-3734 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2023            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2023 at the address(es) listed below:

**Name**            **Email Address**

Brian Nicholas
   on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com

Joseph F. Nicotero
   on behalf of Plaintiff Kevin A Yurcisin josephnicotero@gmail.com

Maria Miksich
   on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com

Natalie Norina Piscione
   on behalf of Creditor PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com, ndantonio@covellilaw.com

Natalie Norina Piscione
   on behalf of Defendant PHEPLE FCU  f/k/a WESTMORELAND COMMUNITY FCU covellilawoffices@yahoo.com, ndantonio@covellilaw.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Jan 05, 2023 | Form ID: pdf900 | Total Noticed: 23

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
    on behalf of Debtor Kevin A Yurcisin niclowlgl@comcast.net

Stephen Russell Franks
    on behalf of Creditor Wells Fargo Bank NA  dba Wells Fargo Auto amps@manleydeas.com

William E. Craig
    on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 10