UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　KEVIN A YURCISIN<br><br>　　　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　Movant<br>　　vs.<br>KEVIN A YURCISIN<br><br>　　　Respondents | Case No. 19-22076JAD<br><br>Chapter 13<br><br>Document No. 101<br><br>FILED<br>6/23/23 11:58 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

### ORDER TO STOP PAYROLL DEDUCTIONS

　　AND NOW, this  23rd  day of  June , 20 23 it is hereby ORDERED, ADJUDGED, and DECREED that,

Compunetix Inc
Attn: Payroll Manager
2420 Mosside Blvd
Monroeville, PA 15146

is hereby ordered to immediately terminate the attachment of the wages of KEVIN A YURCISIN, social security number XXX-XX-6695. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of KEVIN A YURCISIN.

cc: Debtor(s)
　　Debtor(s) Attorney

BY THE COURT:

_____ jsf

UNITED STATES BANKRUPTCY JUDGE

Jeffery A. Deller

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22076-JAD |
| Kevin A Yurcisin | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 23, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kevin A Yurcisin, PO Box 229, Adamsburg, PA 15611-0229 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 25, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| Joseph F. Nicotero | on behalf of Plaintiff Kevin A Yurcisin josephnicotero@gmail.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mmiksich@kmllawgroup.com |
| Natalie Norina Piscione | on behalf of Defendant PHEPLE FCU f/k/a WESTMORELAND COMMUNITY FCU covellilawoffices@yahoo.com, ndantonio@covellilaw.com |
| Natalie Norina Piscione | on behalf of Creditor PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com ndantonio@covellilaw.com |
| Office of the United States Trustee | |

| | |
|---|---|
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Kevin A Yurcisin lowdenscott@gmail.com |
| Stephen Russell Franks | on behalf of Creditor Wells Fargo Bank NA dba Wells Fargo Auto amps@manleydeas.com |
| William E. Craig | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 10