IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    KEVIN A YURCISIN

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:19-22076 JAD

Chapter 13

Related to ECF 105

**DEFAULT O/E JAD**

ORDER OF COURT

AND NOW, this 19th day of September, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
9/19/23 3:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____ jah
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                 Case No. 19-22076-JAD

Kevin A Yurcisin                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                             User: auto                                  Page 1 of 3

Date Rcvd: Sep 19, 2023                   Form ID: pdf900                      Total Noticed: 23

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin A Yurcisin, PO Box 229, Adamsburg, PA 15611-0229 |
| 15056902 | + | Mb Financial Bank, 6111 N River Rd, Rosemont, IL 60018-5111 |
| 15056903 | + | Mb Financial Bank, Attn: Bankruptcy Dept., 800 West Madison Street, Chicago, IL 60607-2683 |
| 15056904 | | Paypal Creidt, PO Box 105658, Atlanta, GA 30348-5658 |
| 15056907 | + | Pheple Fcu, P.o. Box 983, Greensburg, PA 15601-0983 |
| 15056901 | + | loanDepot, Attn: Bankruptcy, Po Box 250009, Plano, TX 75025-0009 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 19 2023 23:27:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Sep 19 2023 23:42:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15106044 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 19 2023 23:27:00 | ACAR Leasing LTD, d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 15056897 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 19 2023 23:27:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15056898 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 19 2023 23:42:47 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 15056899 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 19 2023 23:42:46 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15081595 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 19 2023 23:42:47 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15066419 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Sep 19 2023 23:27:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 15097303 | + | Email/PDF: ebnotices@pnmac.com | Sep 19 2023 23:42:36 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15056905 | + | Email/PDF: ebnotices@pnmac.com | Sep 19 2023 23:42:47 | Pennymac Loan Services, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15056906 | + | Email/PDF: ebnotices@pnmac.com | Sep 19 2023 23:42:45 | Pennymac Loan Services, Correspondence Unit/Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15075324 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 19 2023 23:42:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 19-22076-JAD    Doc 114    Filed 09/21/23    Entered 09/22/23 00:25:53    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 19, 2023 | Form ID: pdf900 | Total Noticed: 23 |

| 15094551 | | Email/PDF: ebn_ais@aisinfo.com | Sep 19 2023 23:42:48 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
|---|---|---|---|---|
| 15088255 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 19 2023 23:42:47 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 15056908 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 19 2023 23:42:56 | Wells Fargo Dealer Services, Po Box 10709, Raleigh, NC 27605-0709 |
| 15056909 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 19 2023 23:42:54 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 15056900 | + | Email/Text: bknotification@loandepot.com | Sep 19 2023 23:28:00 | loanDepot, 26642 Towne Center Dr, Foothill Ranch, CA 92610-2808 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | | Wells Fargo Bank NA, dba Wells Fargo Auto |
| cr | ##+ | PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COM, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG, PA 15601-3734 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Joseph F. Nicotero | on behalf of Plaintiff Kevin A Yurcisin josephnicotero@gmail.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com |
| Natalie Norina Piscione | on behalf of Defendant PHEPLE FCU  f/k/a WESTMORELAND COMMUNITY FCU covellilawoffices@yahoo.com, ndantonio@covellilaw.com |
| Natalie Norina Piscione | on behalf of Creditor PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com  ndantonio@covellilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Sep 19, 2023 | Form ID: pdf900 | Total Noticed: 23

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
    on behalf of Debtor Kevin A Yurcisin lowdenscott@gmail.com

Stephen Russell Franks
    on behalf of Creditor Wells Fargo Bank NA  dba Wells Fargo Auto amps@manleydeas.com

William E. Craig
    on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 10