| Fill in this information to identify the **Fill in this information to identify the case:** |
|---|
| Debtor 1    Kevin A. Yurcisin |
| Debtor 2 |
| United States Bankruptcy Court for the WESTERN District of Pennsylvania |
| Case number   19-22076 JAD |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PennyMac Loan Services, LLC

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 9177

**Date of payment change:**
Must be at least 21 days after date of this notice    06/01/2023

**New total payment:**    $686.95
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $180.51    New escrow payment: $208.70

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (*Court approval may be required before the payment change can take effect.*)
     Reason for change: _____

   Current mortgage payment: $_____    New mortgage payment: $_____

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

Debtor(s)   **Kevin A. Yurcisin**                     Case number (*if known*)  19-22076 JAD
            First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Brian C. Nicholas                                           Date   04/12/2023
  Signature
Print: Brian Nicholas
       12 Apr 2023, 06:53:25, EDT

Title   **Attorney for Creditor**

Company   **KML Law Group, P.C.**

Address   **701**       **Market Street, Suite 5000**
          Number        Street
          **Philadelphia,**                     **PA**    **19106**
          City                                  State    ZIP Code

Contact phone  (215) 627–1322         Email  bkgroup@kmllawgroup.com